

# SEWARD & KISSEL LLP

ONE BATTERY PARK PLAZA
NEW YORK, NEW YORK 10004

RITA M. GLAVIN
PARTNER
(212) 574-1309
glavin@sewkis.com

TELEPHONE: (212) 574-1200
FACSIMILE: (212) 480-8421
WWW.SEWKIS.COM

901 K STREET, NW
WASHINGTON, DC 20001
TELEPHONE: (202) 737-8833
FACSIMILE: (202) 737-5184



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: FEB 1 3 2020

February 12, 2020

**VIA ECF**

The Honorable George B. Daniels
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

SO ORDERED:

George B. Daniels, U.S.D.J.

Dated: FEB 1 3 2020

Re: *United States v. Tony McClam and Raymundo Leal*, 17 Cr. 596 (GBD)

Dear Judge Daniels:

I represent Raymundo Leal in the above-captioned matter. I write, with the Government's consent, to request a third extension of time to Wednesday February 19, 2020 to file defense motions. We have been actively engaged in discussions with the Government regarding the motions and a potential resolution of this matter. The defense seeks this additional time to complete those discussions, which may narrow the issues related to potential motions or obviate the need for motions.

Accordingly, the defense requests that Mr. Leal's motions deadline be extended to February 19, 2020.

Respectfully submitted

Rita M. Glavin

cc:  AUSA Andrew Thomas, Esq. (via email)
     AUSA Dominic Gentile, Esq. (via email)
     AUSA Alison Moe, Esq. (via email)
     Aaron Mysliwiec (counsel for defendant McClam)