# SEWARD & KISSEL LLP

ONE BATTERY PARK PLAZA
NEW YORK, NEW YORK 10004

RITA M. GLAVIN
PARTNER
(212) 574-1309
glavin@sewkis.com

TELEPHONE: (212) 574-1200
FACSIMILE: (212) 480-8421
WWW.SEWKIS.COM

901 K STREET, NW
WASHINGTON, DC 20001
TELEPHONE: (202) 737-8833
FACSIMILE: (202) 737-5184

*[Stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED DATE FILED: MAR 19 2020]*

March 10, 2020

**VIA ECF FILING**
The Honorable George B. Daniels
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

*SO ORDERED:*
*/s/ George B. Daniels*
*George B. Daniels, U.S.D.J.*
*Dated: MAR 19 2020*

RE:   United States v. Raymundo Leal, et al., 1:17-cr-596-GBD-2

Dear Judge Daniels:

I represent Raymundo Leal in the above-captioned matter. As the Court is aware, the Metropolitan Correctional Center ("MCC"), where Mr. Leal is presently detained, has been in some form of "lockdown" for approximately two weeks. As noted during today's status conference, my understanding is that Mr. Leal has gone without certain basic sanitary needs during this lockdown. I respectfully request that the Court "So Order" this letter motion directing the MCC to immediately provide Mr. Leal today with:

- Access to a shower;
- Toilet paper, soap, a toothbrush, and toothpaste; and
- A clean set of clothes, including a new undergarment.

I thank the Court for its attention to this matter.

Respectfully submitted,

*/s/ Rita Glavin*
Rita M. Glavin

SK 88888 0255 8494759