UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
USA,

        Plaintiff(s),

  -against-

Raymundo Leal

        Defendant(s).
------------------------------------------------------------------X

17cr596(GBD)
ORDER



GEORGE B. DANIELS, United States District Judge:

The Plea hearing scheduled for March 24, 2020 is adjourned to May 26, 2020 at 10:00 a.m.

Dated: New York, New York
      March 19, 2020

GEORGE B. DANIELS
United States District Judge