**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------

UNITED STATES OF AMERICA,

         -against-

RAYMUNDO LEAL,

                        Defendant.

------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUN 03 2020

ORDER

17 Cr. 596-2 (GBD)

GEORGE B. DANIELS, United States District Judge:

    The plea hearing scheduled for June 16, 2020 is adjourned to June 17, 2020 at 11:00 a.m.

Dated: New York, New York
       June 3, 2020

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge