# EXHIBIT B

## Port Authority NY/NJ Police K-9 Unit
### Resume for PO Frank Aresta, Jr. and K9 Cedo

**Handler: Police Officer Frank Aresta, Jr. #2077    Employee # 42202**
    Date of Appointment: 2/5/2001
    Date of Appointment to K-9 Unit: 4/14/2008

**K-9 Cedo -  # K9-51**
| | |
|---|---|
| Birth Date: | 4/8/2007 |
| Country of Birth: | Slovakia |
| Certified Narcotic Detection Dog: | 7/18/2008 |

**Employer:**
    Port Authority New York/New Jersey Police Department
    241 Erie Street Jersey City, NJ 07310
    February 5, 2001 to Present

**Contact Numbers:**
| | |
|---|---|
| **646-856-6157** | **DEA Mobile Phone** |
| 646-879-1384 | PAPD Mobile Phone |
| 908-352-0136 | Port Newark K9 Center |

**Education:**
| | |
|---|---|
| 8/96-1/99 | New Jersey City University BS in Criminal Justice |
| 8/95-5/96 | Attended Benedictine College (Atchison, Kansas) |
| 9/91-9/95 | Raritan High School (Hazlet, NJ) General Study |

**Law Enforcement Experience:**
    7/14/14 to Present - Assigned To DEA Task Force NYFD- D35
    2/5/01 to Present - Port Authority NY/NJ Police Officer
    6/1998 to 2/5/01 - Pt. Pleasant Beach Special II Police Officer
    5/1997 to 4/1998 - Pt. Pleasant Beach Parking Enforcement Officer

**Law Enforcement Training:**
    Port Authority NY/NJ Police Academy- Sea Girt, NJ 6/2001
    Port Authority NY/NJ K9 Academy – Port Newark, NJ 4/15/2008 – 7/19/2008
    Basic Course for Police Officers – Ocean County Police Academy 5/2000
    Case Law Update for Canine Handlers – John H. Stamler Police Academy 10/10/2014
    Commercial Vehicle Interdiction – 4:20 Group -- 6/27/17 – 6/29/17
    Operation Pipeline Training – Camden County Police Academy 5/18/2016-5/20/2016
    Drug Enforcement Administration Task Force Officer Orientation 11/18/2015—11/20/2015
    Criminal Interdiction and Vehicle Concealment – NY/NJ Hidta --Essex County Police Academy 11/22/2013
    Drug Interdiction Assistance Program (DIAP) – NJ State Police 5/7/2012 – 5/9/2012
    Drug Recognition: Understanding & Manufacturing-Union County Police Academy 2/9/2012
    K9 Arrest, Search and Seizure Update – Mercer County Police Academy 12/22/2011
    Hidden Assets in Vehicles – 4:20 Group – 7/12/2011 – 7/14/2011
    DEA Advanced Concealment & Trap Initiative Course – 3/24/2011- 3/25/2011
    Hidden Assets in Commercial Motor Vehicles- 4:20 Group-- 4/13/2010-- 4/15/2010
    JETWAY Interdiction Course—USDOJ DEA   4/30/2009
    DEA Drug Field Testing—7/31/08
    First Aid for Canines –2008
    DEA Hidden Compartments --2008
    PATRIOT Training -- 2008
    PATH Desk Officer Training—2007
    PATH Command Court Officer Training—2007
    Loronix Video Manager Training – 2006
    NJ State Police Hazardous Materials-- Level 1 First Responder Awareness --2000
    Basic Course for Class II Police Officers-Cape May County Police Academy-1998

**Aresta 3503-01**

**Law Enforcement Training: Continued**

New Jersey Regional Community Policing Institute-10 Module Course- 1998
1) Orientation to Community Policing
2) Cultural Diversity
3) Community Organizing and Partnership
4) Conflict Resolution
5) Crime Prevention
6) Community Resources and Services
7) Problem Solving Strategies
8) Strategic Planning
9) Program Management/Research Skills
10) Ethical Issues in Community Policing

**Professional Organizations:**
Police Benevolent Association
Law Enforcement Torch Run for Special Olympics (State Committee Member)
United States Police Canine Association Region 15

**K9 Course of Study:**
　　The course of study for Narcotic Detection was to introduce the K-9 to the Scents of Marijuana, Cocaine, Heroin, XTC, and Methamphetamine. The K-9 was able to find these narcotic substances as a result of the intense training received. All of the "hides" for the K-9, after initial imprinting, were in locations unknown to this handler and K9.
　　The training did consist in the team being involved in over 200 searches for the above listed substances. A positive indication by the K-9 scratching, biting, or barking was given on the searches. Masking agents such as dog food, liquid soap, bacon, turkey, parmesan cheese, coffee, duct tape, chicken bones, liverwurst, etc, were used to distract the K-9. However, these agents did not distract K-9 from making an indication.
　　During training, specialized training was received from the following: Red Bank Veterinary Hospital and DEA.
　　Subsequent training was given with K-9 for the Detection of odor of a controlled dangerous substance on currency. K-9 Certification of Detection of Narcotic Tainted Currency is available on Video Tape.

**Recertification Evaluations:**

| | | |
|---|---|---|
| Recertified: | 05/7/2009-05/8/2009 | Port Authority Police K9 Academy |
| Recertified: | 10/6/2009-10/7/2009 | Port Authority Police K9 Academy |
| Recertified: | 09/21/2010-09/23/2010 | Port Authority Police K9 Academy |
| Recertified: | 01/26/2011 – 01/27/2011 | Port Authority Police K9 Academy |
| Recertified: | 06/04/2011 | USPCA Region 15 Narcotic Scent Trial NJSP Newark Station |
| Recertified: | 04/14/2012 | USPCA Region 15 Narcotic Scent Trial NJSP Newark Station |
| Recertified: | 07/25/2013 – 07/26/2013 | Port Authority Police K9 Academy |
| Recertified: | 03/31/2014- 04/02/2014 | Port Authority Police K9 Academy |
| Recertified: | 10/31/2014 | Port Authority Police K9 Academy |
| Recertified: | 06/09/2015 | Port Authority Police K9 Academy |
| Recertified: | 01/11/2016 | Port Authority Police K9 Academy |
| Recertified: | 11/10/2016 | Port Authority Police K9 Academy |
| Recertified: | 08/02/2017 | Port Authority Police K9 Academy |

**K-9 Cedo**

**Narcotic and Currency Seizures**