UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

UNITED STATES,

                           Plaintiff,

        -against-

RAYMUNDO LEAL,

                          Defendant.

ORDER

17 Crim. 596 (GBD)

------------------------------------------------------------x

GEORGE B. DANIELS, United States District Judge:

The October 13, 2020 sentencing is adjourned to October 27, 2020 at 10:00 a.m.

Dated: New York, New York
      October 5, 2020

SO ORDERED.

*[signature]*
GEORGE B. DANIELS
United States District Judge