**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------- x

UNITED STATES,

                            Plaintiff,

      -against-

RAYMUNDO LEAL,

                           Defendant.

------------------------------------- x

ORDER

17 Crim. 596 (GBD)

GEORGE B. DANIELS, United States District Judge:

The October 27, 2020 sentencing is adjourned to December 15, 2020 at 10:00 a.m.

Dated: New York, New York
       October 22, 2020

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge