**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA,                                    :

                                                             :

-against-                                                    :          ORDER

                                                             :          17 Crim. 596-2 (GBD)

RAYMUNDO LEAL,                                               :

                                                             :

                                Defendant.                   :

                                                             :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

GEORGE B. DANIELS, United States District Judge:

The December 15, 2020 sentencing is adjourned to January 11, 2021 at 11:00 a.m.

Dated: New York, New York
        December 8, 2020

SO ORDERED.

*George B. Daniel*

GEORGE B. DANIELS
United States District Judge