UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
UNITED STATES OF AMERICA,

                                              ORDER

        -against-

                                            17 Crim. 596-2 (GBD)

RAYMUNDO LEAL,

                 Defendant.

------------------------------------- x

GEORGE B. DANIELS, United States District Judge:

The January 11, 2021 sentencing is rescheduled from 11:00 a.m. to 9:00 a.m.

Dated: New York, New York
       January 4, 2021

                                            SO ORDERED.

                                            *George B. Daniels*
                                            GEORGE B. DANIELS
                                            United States District Judge